# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - Scheduled Sentencing Hearing/Bench Warrant Issued

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Andrew Joseph Forcier, | Case No: 19-CR-0240 (PJS/ECW) |
| | Date: September 8, 2020 |
| Defendant. | Court Reporter: Debra Beauvais |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: |
| | Time Concluded: |
| | Sealed Hearing Time: |
| | Time in Court: Hours & Minutes |

## APPEARANCES:

Plaintiff:   Tom Hollenhorst, Assistant U.S. Attorney
Defendant :  Steven Grimshaw for   Andrew Joseph Forcier  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed


Interpreter / Language:  /

## MINUTES:

Defendant failed to appear.  Bench warrant issued.


s/C. Glover
Signature of Courtroom Deputy
